NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHANGZHOU TRINA SOLAR ENERGY CO., LTD., TRINA SOLAR (U.S.) INC., YINGLI GREEN ENERGY HOLDING COMPANY LIMITED, YINGLI GREEN ENERGY AMERICAS, INC.,**
*Plaintiffs-Appellants*

**WUXI SUNTECH POWER CO., LTD., SUNTECH AMERICA, INC., SUNTECH ARIZONA, INC.,**
*Plaintiffs*

**v.**

**UNITED STATES INTERNATIONAL TRADE COMMISSION, SOLARWORLD AMERICAS, INC.,**
*Defendants-Appellees*

---

2016-1053

---

Appeal from the United States Court of International Trade in No. 1:13-cv-00014-RKE, Senior Judge Richard K. Eaton.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' motion to stay the appeal,

IT IS ORDERED THAT:

The motion is granted. The appeal is stayed for 120 days from the date of filing of this order. The parties are directed to provide the court with a status report in 120 days indicating how they believe this appeal should proceed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s32